**Order entered September 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01104-CV

## IN THE INTEREST OF A.L.S., A CHILD

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 79,649**

## ORDER

The trial court is scheduled to conduct a hearing on September 11, 2014 on Becky Wheeler's contest to appellant's affidavit of indigence. On the Court's own motion, we **ORDER** Stacey Landrum, Hunt County District Clerk, to file, **on or before September 17, 2014**, a supplemental clerk's record containing the trial court's order on the contest.

We **GRANT** the motion of Becky Wheeler, Official Court Reporter for the 196th Judicial District Court of Hunt County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed **on or before Monday, September 22, 2014**.

The clerk's record is past due. On the Court's own motion, we **ORDER** Stacey Landrum to file the clerk's record **on or before Monday, September 22, 2014**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Presiding Judge of the 196th Judicial District Court of Hunt County, Texas, Becky Wheeler, Stacey Landrum, appellant, and counsel for appellee.

/s/     ADA BROWN
        JUSTICE